| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO: | | FOR COURT USE ONLY |
|---|---|---|---|
| David C Wakefield, 185736<br>PINNOCK & WAKEFIELD, APC<br>3033 Fifth Avenue,<br>San Diego, CA 92103 | (619) 858-3671<br>Ref. No. or File No. 07 JUL 18 PM 3: 27 | | |
| ATTORNEY FOR (Name): Plaintiff | | | |
| Insert name of court, judicial district or branch court, if any. | CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

ROBERT McCARTHY

DEFENDANT

HERITAGE INN EXPRESS HAYWARD, et al

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV | CASE NUMBER:<br><br>C 07-3462 BZ |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint, Summons, Civil Case Cover Sheet, Scheduling Order, Standing Order - Judge Zimmerman, Standing Order - All Judges, ECF Registration, Notice Of Case Assignment To US Magistrate Judge, Consent to Proceed Sheet, Declination to Proceed

2. Party Served:  BERKELEY PROPERTIES COMPANY

3. Person Served:  Michael Mikutich, Manager - Person authorized to accept service of process

4. Date & Time of Delivery:  July 11, 2007    9:05 am

5. Address, City and State:  321 HARTZ AVENUE Suite 200
Danville, CA 94526

**BY FAX**

6. Manner of Service:  Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 44.00

Registered California process server.
County: ALAMEDA
Registration No.:746
Expiration: July 14, 2008

One Legal, Inc.
504 Redwood Blvd #223

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on July 17, 2007 at Oakland, California.

Roderick Thompson