| | | | | |
|---|---|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>David C Wakefield, 185736<br>PINNOCK & WAKEFIELD, APC<br>3033 Fifth Avenue,<br>San Diego, CA 92103 | | TELEPHONE NO<br>(619) 858-___1 | | FOR COURT USE ONLY |
| ATTORNEY FOR (Name)  Plaintiff | | Ref. No or File No<br>none | | FILED<br>07 JUL 18 PM 3:28<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| Insert name of court, judicial district or branch court, if any<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | | | | |
| PLAINTIFF:<br>ROBERT McCARTHY | | | | |
| DEFENDANT:<br>HERITAGE INN EXPRESS HAYWARD, et al | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07-3462 BZ |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint, Summons, Civil Case Cover Sheet, Scheduling Order, Standing Order - Judge Zimmerman, Standing Order - All Judges, ECF Registration, Notice Of Case Assignment To US Magistrate Judge, Consent to Proceed Sheet, Declination to Proceed

2. Party Served:  HERITAGE INN EXPRESS HAYWARD

3. Person Served:  Pho Hoa Hung - Person authorized to accept service of process

4. Date & Time of Delivery:  July 9, 2007   11:40 am

5. Address, City and State:  410 West A Street
   Hayward, CA  94541

   BY FAX

6. Manner of Service:  Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 44.00

Registered California process server.
County: ALAMEDA
Registration No.: 746
Expiration: July 14, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on July 17, 2007 at Oakland, California.

Signature: _Roderick Thompson_
Roderick Thompson