UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>  Plaintiff(s),<br><br>  v.<br><br>HERITAGE INN EXPRESS HAYWARD,<br><br>  Defendant(s). | No. C07-3462 BZ<br><br>**CLERK'S NOTICE VACATING CASE MANAGEMENT CONFERENCE** |

**PLEASE TAKE NOTICE** that the Case Management Conference set for Monday, January 7, 2008 at 4:00 p.m, was inadvertently set and is hereby **VACATED**.  Counsel should refer to General Order 56.

Dated:  December 4, 2007

*Rose Maher*
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\MCCARTHY V. HERITAGE INN\CLKS NOTICE VACATING CMC.wpd

1