1 | **PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.    Bar #: 185736
2 | Theodore A. Pinnock, Esq.    Bar #: 153434
3033 Fifth Avenue, Suite 410
3 | San Diego, CA 92103
Telephone: (619) 858-3671
4 | Facsimile: (619) 858-3646

5 | Attorneys for Plaintiff

6

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9

10 | ROBERT MCCARTHY

Case No.: C07-3462 BZ

11 | **Plaintiff,**

**STIPULATED DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY.**

12 | v.

13 | HERITAGE INN EXPRESS HAYWARD; HERITAGE INN, INC.; TUYEN HUY NGUYEN d.b.a. PHO HOA HUNG II; BERKELEY PROPERTIES COMPANY; And DOES 1 THROUGH 10, Inclusive,

[Fed.R.Civ.P. Rule 41(a)(2)]

**Defendants.**

///

///

///

1    Case Number: C07-3462 BZ
Stipulated Dismissal

Document Date: December 3, 2007

1  **IT IS HEREBY STIPULATED** by and between **ROBERT MCCARTHY,** Plaintiff, on
2  the one hand, and Defendant **BERKELEY PROPERTIES COMPANY** on the other hand,
3  through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure,
4  Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of all Defendants including but
5  not limited to Defendants **HERITAGE INN EXPRESS HAYWARD; HERITAGE INN,**
6  **INC.; TUYEN HUY NGUYEN d.b.a. PHO HOA HUNG II; BERKELEY PROPERTIES**
7  **COMPANY,** from Plaintiff's Complaint.   Additionally, Plaintiff requests that Plaintiff's
8  complaint be dismissed with prejudice in its entirety.

10 **IT IS SO STIPULATED.**

Dated: December 3, 2007                **PINNOCK & WAKEFIELD, A.P.C.**

                                By:    /S/ David C. Wakefield_____
                                       DAVID C. WAKEFIELD, ESQ.
                                       Attorneys for Plaintiff

Dated: December 7, 2007                **LAW OFFICES OF JEFFERI HAMILTON**

                                By:    /S/   Jefferi Hamilton_____
                                       JEFFERI JOAN HAMILTON, ESQ.
                                       Attorney for Defendant BERKELEY PROPERTIES
                                       COMPANY

**CERTIFICATE OF PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

   I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

   On this date, I served the following document(s) described as **STIPULATED DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY** and **ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.**
on the following parties in this action by:

   __X___ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Northern District of California, Case Management/Electronic Case Files, Filing System.  I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

Jefferi Joan Hamilton, Esq.
Law Offices of Jefferi Hamilton
1455 Frazee Road, Suite 801
San Diego, CA 92108
Tel:   619.908.5600
Fax:  866.417.1047
Email: Jefferi.Hamilton@CAN.com
Attorneys for Defendant BERKELEY PROPERTIES COMPANY

Cris C. Vaughan, Esq.
Vaughan & Associates Law Office
6207 South Walnut, Suite 800
Loomis, CA 95650
Tel:  (916) 660-9401
Fax:  (916) 660-9378
Email: CCVaughan@sbcglobal.net
Attorneys for Defendants HERITAGE INN EXPRESS HAYWARD; HERITAGE INN, INC.; TUYEN HUY NGUYEN d.b.a. PHO HOA HUNG II


   ____ **BY MAIL:** placing  _____ the original  _____ a true copy thereof enclosed in sealed enveloped addressed as stated above.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

                              3        Case Number: C07-3462 BZ
                                       Stipulated Dismissal
Document Date: December 3, 2007

1  __**X**___ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.
**EXECUTED** on December 11, 2007, at San Diego, California.

/S/David C. Wakefield
David C. Wakefield