1
2
3
4
5
6
7               **UNITED STATES DISTRICT COURT**
8               **NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  **ROBERT MCCARTHY** | **Case No.: C07-3462 BZ** |
| 11           **Plaintiff,** | **ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY** |
| 12       v. | |
| 13  **HERITAGE INN EXPRESS HAYWARD; HERITAGE INN, INC.; TUYEN HUY NGUYEN d.b.a. PHO HOA HUNG II; BERKELEY PROPERTIES COMPANY; And DOES 1 THROUGH 10, Inclusive** | |
| | [Fed.R.Civ.P. Rule 41(a)(2)] |
| **Defendants.** | |

26  ///
27  ///
28  ///

                                                        1   Case Number: C07-3462 BZ
                                                              Order For Dismissal

Document Date: December 3, 2007

1  **IT IS HEREBY ORDERED,** pursuant to the Stipulated Dismissal With Prejudice Of
2  All Defendants on file herein, that all Defendants are dismissed with prejudice from Plaintiffs'
3  Complaint.  Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.
4  **IT IS SO ORDERED.**

6  Dated: December 11, 2007        _____
7                                   HONORABLE BERNARD ZIMMERMAN
                                    UNITED STATES DISTRICT COURT JUDGE



2  Case Number: C07-3462 BZ
Order For Dismissal

Document Date: December 3, 2007